**WHITE PLAINS CITY SCHOOL DISTRICT**
White Plains, New York

**REGULAR BOARD OF EDUCATION MEETING**
Monday, August 6, 2007

**Education House**
**7 P.M.**
(Executive Session, 7-7:30 P.M.)

<u>**AGENDA**</u>

I.    <u>Opening of Meeting</u>:

Pledge of Allegiance
Moment of silence in memory of former staff members Norma Fish, Eleanor Junghans and Adrienne
    Mazziotta
Oral Announcements by the Board President and Board Members

II.    <u>Communications</u>:

III.    <u>Public Participation</u>:   (The Board will entertain comments from the public on any issue, with a time
limit of three minutes per person, and a maximum total of 25 minutes.)

IV.    <u>Superintendent's Report</u>:

V.    <u>Summary Action Items</u>:

1.    Recommended approval of minutes of the Reorganization and Regular Meetings of July 9,
2007.

2.    Recommended approval of the adoption of the following textbook:
        <u>Algebra 1</u>, Holt, Rinehart and Winston, 2008, for 8th and 9th grade Algebra classes

3.    Recommended approval to arrange for the appropriate program and services for students with
disabilities, as recommended by the Committee on Special Education:  103 case numbers, as
per attachment

4.    Recommended approval to arrange for the appropriate program and services for students with
disabilities, as recommended by the Committee on Preschool Special Education: 30 case
numbers, as per attachment.

- 2 -

5.   Recommended approval to designate Carol Wagner as Petty Cashier for the EPE Grant for the 2007-08 School Year.

6.   Recommended approval of consultant contracts with the following:
   Helene Alalouf, for $42,800, for professional development
   George Hagans Consulting, not to exceed $60,030, for Superintendent's Hearings and community liaison
   Holistic Learning Center/Susan Versames Young, in the amount of $83,750, for ABA Services, as mandated by student IEPs
   April Blacker, in the amount of $7,423.40, for speech/language services, as mandated by student IEPs
   HTA of New York, Inc., for an amount not to exceed $43,000, for parent training and ABA services, as mandated by student IEPs
   Etoile LeBlanc, in the amount of $17,099, for speech/language services, as mandated by student IEPs
   Kathleen Perrago, increase of $1,230 for a total of $7,000, for evaluations and consultations, as mandated by student IEPs

7.   Recommended approval that all employees previously granted a conditional appointment and who have not received conditional clearance from the State Education Department be granted another conditional appointment for 20 days.

*Civil Service Staffing:*

8.   Recommended acceptance of the resignation of Patti Robbins, Registered Nurse, Ridgeway School, effective 7/20/07.

9.   Recommended approval of compensation for the following, as per attachments:
   2007-08 Summer Clerical work
   2007-08 Food Service

10.  Recommended approval of the appointments as per Board approved "Substitute, Summer School and Supplemental Rates":
   Student Worker (College)                      Tristan Seeney

11.  Recommended approval of the probationary appointment of Carlos Diez Canseco,* Custodial Worker, High School, 8 hours per day, effective 8/13/07 (replacing F. Rattenni).

*Teacher Staffing*

12.  Recommended approval of the appointment to tenure for the following Teaching Assistants:
   Jaime Guglielmo, Church Street School, effective 10/25/07
   Scott Milliken, Middle School-Highlands, effective 9/12/07
   Natasha Viczian, Middle School-Highlands, effective 10/25/07

13.  Recommended approval of the reappointment of Carlos Agudelo, Teaching Assistant, Alternative & Supplemental Programs, effective 8/31/07 (6.5 hours/day).

- 3 -

14. Recommended acceptance of the resignations of the following Teaching Assistants:
    Katherine Calabro, George Washington School, effective 8/31/07
    Deborah Dorrity-Varco, Middle School-Eastview, effective 6/30/07
    Carlene Ince, Church Street School, effective 8/31/07
    Pasquale Palumbo, High School, effective 8/31/07
    Frances Posada, George Washington School, effective 8/31/07

15. Recommended approval of the appointment of district-wide substitute Teaching Assistants, as per Board approved "Substitute, Summer School and Supplemental Rates": Sharon Bridgers.*

16. Recommended approval of the appointment* of district-wide per diem substitute teachers, as per attachment.

17. Recommended acceptance of the resignation for the purpose of retirement for Michael Passow, Science Teacher, Middle School-Highlands, effective 8/31/07.

18. Recommended acceptance of the resignations of:
    Beverly Christian, Speech Teacher, Mamaroneck Avenue School, effective 7/16/07
    Maritza Kerekes, School Psychologist, TSAP, Rochambeau School, effective 8/29/07
    Yahaira Mendez, Speech Teacher, George Washington School & Districtwide, effective 7/17/07

19. Recommended approval of requests for childcare leaves for:
    Betsy Cicchetti, Elementary Education Teacher, George Washington School, effective 9/10/07-1/31/08
    Jennifer DeGraphenreed, English Teacher, High School, effective 9/1/07-1/31/08
    Diana Slavis, English Teacher, TSAP, Rochambeau School, effective 9/1/07-6/30/08

20. Recommended approval to appoint and to rescind 2007 Summer School staff, as per attachment.

21. Recommended approval of the appointment of Karen Kushnir, Learning Facilitator, Mamaroneck Avenue School, to the position of CSE Chairperson, Districtwide, effective 8/20/07.

22. Recommended approval of compensation for the following, as per attachments:
    a.  2007-08 WIA Grant
    b.  2007-08 Technology Trainers
    c.  2007-08 Interscholastic and co-curricular appointments
    d.  2007 Summer work at New York Presbyterian Hospital Program
    e.  curriculum writing
    f.  professional development stipend
    g.  summer work by Larry Kilian, Coordinator, Testing, Evaluation and Funded Programs, at a per diem rate of pay
    h.  2006-07 stipends for trips abroad
    i.  2007-08 Calendar & Directory work

- 4 -

23.    Recommended approval of the Regular Substitute appointment of:

Pasquale Palumbo  (Replacing J. DeGraphenreed)
BA - SUNY/Empire State College  (Cultural Studies:  English)
MS Ed - CUNY/Lehman College  (Secondary Education English 7-12)
Certification:  Initial, English Language Arts 7-12
Assignment:  English Teacher, High School
Dates of Service:  8/31/07-1/31/08

24.    Recommended approval of the Probationary appointments of:

Lisette Maniatis  (Replacing D. Almeida, position re-assigned)
BA - SUNY/Binghamton  (Political Science & Psychology)
MS Ed - Fordham University  (Bilingual Psychology)
CAS - Fordham University  (Bilingual Psychology)
Certification:  Provisional, School Psychologist
Tenure Area:  School Psychologist
Assignment:  School Psychologist, Post Road School
Probationary Period:  8/31/07-8/30/09

Lauren Royce*  (Replacing I. Edwards)
BA - Iona College  (Psychology)
MST - Fordham University  (Childhood Education 1-6)
Certification:  Initial, Childhood Education  (Grades 1-6)
Tenure Area:  Elementary Education
Assignment:  Elementary Education Teacher, Mamaroneck Avenue School
Probationary Period:  8/31/07-8/30/10

Domingo Cabrera (Replacing C. Broderick, re-assigned)
BS - Polytechnic Institute/Leningrad, USSR  (Electrical Engineering)
MS - Polytechnic Institute/Leningrad, USSR  (Electrical Engineering)
MS - CCNY/CUNY  (Environmental Studies)
Certification:  Permanent, Biology, Chemistry, Physics, Mathematics & Bilingual Education
Tenure Area:  Science
Assignment:  Science Teacher, High School
Probationary Period:  8/31/07-8/30/09

*All of these appointments are conditional appointments, subject to and contingent upon, the satisfactory completion of the finger printing process and investigatory background check required by the New York State Education Law. The Board of Education reserves the right to rescind these appointments without notice, upon receipt of any unsatisfactory report resulting from the aforementioned background check.

VI.    Other Action:

1.    Recommended approval of the probationary appointment of the Director of Special Programs and Services.

- 5 -

2.     Recommended acceptance of the Treasurer's Report for the month of June, 2007.

3.     Recommended approval to terminate the bid award to Space Age Alarms.

4.     Recommended approval of counsel's recommendation for a resolution pertaining to tax certiorari settlements.

5.     Recommended approval of a contract with Western Suffolk BOCES for marketing communications services with Syntax Communications, as per attachment.

VII.    <u>Board Discussion</u>:

### WILSON JACOBSON, P.C.
ATTORNEYS AT LAW

———

THE INNS OF COURT BUILDING
99 COURT STREET, SUITE 2
WHITE PLAINS, NEW YORK 10601-4264
(914) 997-0825
Fax: (914) 997-0830
Email: leroywilsonjr@nysbar.com
rjacobson@nysbar.com

LEROY WILSON, JR.
ATTORNEY AT LAW

RONI L. JACOBSON
ATTORNEY AT LAW*
*Member NY, CT and DC Bars

**BY Email to <u>micheleschoenfeld@wpcsd.k12.ny.us</u> and by facsimile to (914) 422-2080**

# URGENT

August 6, 2007 [Date added]

Ms. Michele Schoenfeld
Clerk of the Board
5 Homeside Lane
White Plains, NY 10605

Re:    Space Age Alarms, Inc.

Dear Ms. Schoenfeld:

We represent Space Age Alarms, Inc.

From Michael Lynch's July 19, 2007 letter to Mr. Claude Johnson, President of Space Age Alarms, Inc. and your website, we understand that on your agenda for tonight's meeting will be a recommendation to approve the termination of "the bid award to Space Age Alarms." This is Agenda Item VI-3.

I request the opportunity to appear and speak in opposition to this proposed action. For this purpose, would you kindly fax or email to me the documents that the presenter will use to support this recommendation so that I might become as well informed as I can of the precise reasons for the recommendation.

I will fax this letter request to you as well just in case there is a problem with your email.

Very truly yours,

Leroy Wilson, Jr., Esq.
President

LWJr/rj

# WILSON JACOBSON, P.C.

### ATTORNEYS AT LAW

THE INNS OF COURT BUILDING
99 COURT STREET, SUITE 2
WHITE PLAINS, NEW YORK 10601-4264
(914) 997-0825
Fax: (914) 997-0830
Email: leroywilsonjr@nysbar.com
rjacobson@nysbar.com

LEROY WILSON, JR.
ATTORNEY AT LAW

RONI L. JACOBSON
ATTORNEY AT LAW*
*Member NY, CT and DC Bars

**BY Email to <u>micheleschoenfeld@wpcsd.k12.ny.us</u> and by facsimile to (914) 422-2080**

# URGENT

August 6, 2007 [Date added]

Ms. Michele Schoenfeld
Clerk of the Board
5 Homeside Lane
White Plains, NY 10605

Re:     Space Age Alarms, Inc.

Dear Ms. Schoenfeld:

We represent Space Age Alarms, Inc.

From Michael Lynch's July 19, 2007 letter to Mr. Claude Johnson, President of Space Age Alarms, Inc. and your website, we understand that on your agenda for tonight's meeting will be a recommendation to approve the termination of "the bid award to Space Age Alarms." This is Agenda Item VI-3.

I request the opportunity to appear and speak in opposition to this proposed action. For this purpose, would you kindly fax or email to me the documents that the presenter will use to support this recommendation so that I might become as well informed as I can of the precise reasons for the recommendation.

I will fax this letter request to you as well just in case there is a problem with your email.

Very truly yours,

Leroy Wilson, Jr., Esq.
President

LWJr/rj

# WILSON JACOBSON, P.C.

ATTORNEYS AT LAW
———

THE INNS OF COURT BUILDING
99 COURT STREET, SUITE 2
WHITE PLAINS, NEW YORK 10601-4264
(914) 997-0825
Fax: (914) 997-0830
Email: leroywilsonjr@nysbar.com
rjacobson@nysbar.com

LEROY WILSON, JR.
ATTORNEY AT LAW

RONI L. JACOBSON
ATTORNEY AT LAW*
*Member NY, CT and DC Bars

**BY Email to <u>micheleschoenfeld@wpcsd.k12.ny.us</u> and by facsimile to (914) 422-2080**

# URGENT

August 6, 2007 [Date added]

Ms. Michele Schoenfeld
Clerk of the Board
5 Homeside Lane
White Plains, NY 10605

Re:     Space Age Alarms, Inc.

Dear Ms. Schoenfeld:

We represent Space Age Alarms, Inc.

From Michael Lynch's July 19, 2007 letter to Mr. Claude Johnson, President of Space Age Alarms, Inc. and your website, we understand that on your agenda for tonight's meeting will be a recommendation to approve the termination of "the bid award to Space Age Alarms." This is Agenda Item VI-3.

I request the opportunity to appear and speak in opposition to this proposed action. For this purpose, would you kindly fax or email to me the documents that the presenter will use to support this recommendation so that I might become as well informed as I can of the precise reasons for the recommendation.

I will fax this letter request to you as well just in case there is a problem with your email.

Very truly yours,

Leroy Wilson, Jr., Esq.
President

LWJr/rj

"12"

◻ **COPY**

## WILSON JACOBSON, P.C.
### ATTORNEYS AT LAW
———

THE INNS OF COURT BUILDING
99 COURT STREET, SUITE 2
WHITE PLAINS, NEW YORK 10601-4264
(914) 997-0825
Fax: (914) 997-0830
Email: leroywilsonjr@nysbar.com
rjacobson@nysbar.com

LEROY WILSON, JR.
ATTORNEY AT LAW

RONI L. JACOBSON
ATTORNEY AT LAW*
*Member NY, CT and DC Bars

### BY HAND DELIVERY

August 6, 2007

Members of the Board
White Plains Board of Education

Ref.-August 6, 2007 Agenda Item VI-3- Space Age Alarms, Inc.

Dear Sirs and Madams:

We represent Space Age Alarms, Inc.

We oppose the recommendation to approve the termination of the bid awards that resulted in two contracts to Space Age Alarms at your June 11, 2007 meeting.

We received copies of the enclosed correspondence on Monday, August 6, 2007 and thus have had only a preliminary opportunity to familiarize ourselves with this matter.

We would like for you to review all of the documents that we are submitting to you, and after your review, to disapprove the recommendation to terminate the contracts and to direct Mr. Michael J. Lynch, the Board's Director of School Facilities & Operations to take whatever steps he needs to take with Alarm Specialists, Inc., the outgoing contractor of 11 years to turn over the access codes and other related material to Space Age Alarms so that it can begin to do the work called for by the contracts.

In essence, the outgoing contractor-Alarm Specialists, Inc. – has to date refused to give Space Age the various access codes to the fire alarm and security alarm systems that the Board has selected Space Age to monitor and maintain. Alarm Specialists placed a lock-out on the access codes, on the apparent theory that it owns the security control panels, fire communicator panels, and radio communicators along with a select number of control pads. It relies on "the bid documents" to say that this equipment, and the software for these systems belong to Alarm Specialists. See letter dated July 24, 2007 from Alarm Specialists, Inc. to Mr. Claude Johnson.

'3'

On the other hand, the "NOTE:" on page 26 of the Bid # 2007-16 makes clear that "Installed key pads/communicators are the property of the school district."

I have not had an opportunity to examine all of the documents that relate to this matter, but I would expect to find provisions that state precisely who owns what.

It seems to us that the dispute is one between the old contractor, Alarm Specialists and the Board.

If you review Mr. Johnson's June 4, 2007 letter to Mr. Lynch, you will see that Mr. Johnson states that: "In any event we will need access codes for each Burglar, fire, Access control system with telephone numbers, in order that we input our monitoring data. The existing systems operation program and user codes should remain."

To date, Mr. Lynch has refused to provide this information to Space Age Alarms. Without the access code information, Space Age cannot access the systems currently in place.

Instead Mr. Lynch wrote a letter to Mr. Johnson dated June 6, 2007 stating, among other things, that "The bid documents clearly state in the Monitoring & Maintenance of Security Alarm systems and Fire Alarm systems, the Bidder shall provide new keypad and communicator devices including the radio back-up."

Although this statement is contained in the Bid # 2007-16 covering security alarm systems, it does not appear in the Bid 2007-15 covering the fire alarm systems.

Mr. Lynch also wrote to Mr. Johnson concerning the certification of his personnel. I have not had an opportunity to see what the contract and bid documents say with respect to this issue, however, Mr. Johnson did write to Mr. Lynch on June 20, 2007 telling him of Space Age Alarms exceptional qualifications.

On letters dated July 7, and July 12, Mr. Johnson against requested the access code information and other related information from Mr. Lynch. He has not received it.

Unfortunately, Mr. Michael J. Lynch, the Board's Director of School Facilities & Operations provided no assistance to Mr. Johnson in getting Alarm Specialists to provide the information to Mr. Johnson that he needs.

I should note that on July 16, 2007 Mr. Lynch stated in his letter of intent to terminate that "We also wish to inform you that due to a bid error on our part, we will be rebidding the maintenance portion of the burglar and fire alarm systems."

Mr. Lynch does not spell out what the error is.

It seems to us that Mr. Lynch is recommending that the contract with Space Age alarms be rescinded when he is responsible for Space Age not being able to perform the contracts.

2

None of this makes any rational sense to us.

Earlier today, as you will see from the enclosed letter that I emailed and faxed to Ms. Schoenfeld, "I request the opportunity to appear and speak in opposition to this proposed action. For this purpose, would you kindly fax or email to me the documents that the presenter will use to support this recommendation so that I might become as well informed as I can of the precise reasons for the recommendation."

We did not get a response from her, as of 4:52 P.M., so we are in the dark as far as the specific reasons for the recommendations.

Mr. Johnson is rightfully suspicious that he might be subject to unfair treatment.

Very truly yours,

Leroy Wilson, Jr., Esq.
President

LWJr/rj

3



**4E**    Thursday, August 9, 2007    The Journal News

# Legal Notices

Advertisement
Notice to Contractors

Sealed Bids or proposals for BID #2007-23: MONITORING, ANNUAL TESTING & MAINTENANCE OF FIRE ALARM SYSTEMS IN VARIOUS LOCATIONS will be received by the Board of Education of the City of White Plains, New York at the Office of the Board of Education, 5 Homeside Lane, White Plains, New York until 2:00 P.M., Friday, August 24, 2007 at which time and place the proposals will be publicly opened and read.

Specifications and other contract documents may be examined and a copy thereof obtained upon application at the Office of the Board of Education.

Each bid must be accompanied by cash, certified check or bid bond in an amount of not less than five (5) percent of the amount of the bid, made payable to the Board of Education, White Plains, New York as a security that in case the contract is awarded to the bidder he will within five days after written notice of such award execute the contract and furnish security required for the performance thereof. Upon failure to do so, he shall forfeit the security as liquidation damages. Failure to supply the required bid security at the time of bid opening shall disqualify bidder from consideration.

The checks of all except the three lowest bidders will be returned within three days after the opening of the bids, and the remaining checks will be returned when the contract is executed, or in any event within thirty (30) days after the opening of the bids. No bid may be withdrawn within thirty (30) days after the opening thereof.

The Board of Education reserves the right to reject all proposals or to reject the proposal or proposals of any bidder who after due hearing fail to give satisfactory evidence of his or their qualifications to satisfactorily perform work of the character of the proposed work.

CITY SCHOOL DISTRICT OF THE CITY OF WHITE PLAINS, NEW YORK

Michael J. Lynch

Director of School Facilities & Operations

Advertisement
Notice to Contractors

Sealed Bids or proposals for BID #2007-24: MONITORING, ANNUAL TESTING & MAINTENANCE OF SECURITY ALARM SYSTEMS IN VARIOUS LOCATIONS will be received by the Board of Education of the City of White Plains, New York at the Office of the Board of Education, 5 Homeside Lane, White Plains, New York until 2:00 P.M., Friday, August 24, 2007 at which time and place the proposals will be publicly opened and read.

Contractor must respond to calls within 24 hours of receiving call.

Specifications and other contract documents may be examined and a copy thereof obtained upon application at the Office of the Board of Education.

Each bid must be accompanied by cash, certified check or bid bond in an amount of not less than five (5) percent of the amount of the bid, made payable

to the Board of Education, White Plains, New York as a security that in case the contract is awarded to the bidder he will within five days after written notice of such award execute the contract and furnish security required for the performance thereof. Upon failure to do so, he shall forfeit the security as liquidation damages. Failure to supply the required bid security at the time of bid opening shall disqualify bidder from consideration.

The checks of all except the three lowest bidders will be returned within three days after the opening of the bids, and the remaining checks will be returned when the contract is executed, or in any event within thirty (30) days after the opening of the bids. No bid may be withdrawn within thirty (30) days after the opening thereof.

The Board of Education reserves the right to reject all proposals or to reject the proposal or proposals of any bidder who after due hearing fail to give satisfactory evidence of his or their qualifications to satisfactorily perform work of the character of the proposed work.

CITY SCHOOL DISTRICT OF THE CITY OF WHITE PLAINS, NEW YORK

Michael J. Lynch

Director of School Facilities & Operations

"14"

**WILSON JACOBSON, P.C.**
ATTORNEYS AT LAW
———
THE INNS OF COURT BUILDING
99 COURT STREET, SUITE 2
WHITE PLAINS, NEW YORK 10601-4264
(914) 997-0825
Fax: (914) 997-0830
Email: leroywilsonjr@nysbar.com
rjacobson@nysbar.com

LEROY WILSON, JR.
ATTORNEY AT LAW

RONI L. JACOBSON
ATTORNEY AT LAW*
*Member NY, CT and DC Bars

**Via facsimile to (914) 422-2080**

# URGENT

August 10, 2007

Ms. Michele Schoenfeld
Clerk of the Board
5 Homeside Lane
White Plains, NY 10605

Re:    Space Age Alarms, Inc.-August 6, 2007 Meeting, Item VI-3.

Dear Ms. Schoenfeld:

As you know, we represent Space Age Alarms, Inc.

I received a telephone call from Mr. Fred Seiler Wednesday, August 8, 2007, telling me that he was not ignoring the request that we had made at the August 6, 2007 Board meeting, that he had not been able to get in touch with the Board's lawyers, that he would be on vacation for the next two days, and that he would respond to me early next week.

In the meantime, today, I received a copy of a legal notice that appeared in August 8, 2007 Journal News re-bidding the matters that Mr. Seiler and Mr. Connor told me would be tabled at the August 6, 2007 meeting.

May I have an explanation of the reason this notice appeared today?

In the absence of any information on the name of the attorney at Ingerman Smith who was handling this matter, I telephoned and emailed John H. Gross, Esq. in their Hauppauge office. I have known Mr. Gross for several years.

A few minutes ago, I telephoned his office, left a voicemail message for him and then called back to get the contact information for the Westchester County based attorney who is handling your matters. I understand that this is Ralph De Marco, Esq., so I am copying him on this letter. I also understand that he will be out until Monday.

EX 5

I will fax this letter request to you as well just in case there is a problem with your email.

Very truly yours,

Leroy Wilson, Jr., Esq.
President

LWJr/rj

cc:     Ralph DeMarco, Esq. via fax to 1-914-777-1955

9146646052

# Legal Notices

Fax your Legal Notices to (914) 696-8403

The content is rotated and largely illegible — a legal notice "Advertisement — Notice to Contractors" from the CITY SCHOOL DISTRICT OF THE CITY OF WHITE PLAINS, regarding sealed bids/proposals for testing & maintenance at various locations.

8/8/07

White Plains City School District
5 Homeside Lane
White Plains, NY 10605

# F A X

| TO: Space Age Alarms | FROM: MIKE LYNCH |
|---|---|
| DATE: AUGUST 21, 2007 | PHONE: 914-422-2051 |
| PHONE: 914-664-6152 | FAX #: 914-422-2297 |
| FAX#: 914-664-6052 | |
| # OF PAGES INCLUDING COVER: 5 | |

BID #2007-23: MONITORING, ANNUAL TESTING &
MAINTENANCE OF FIRE ALARM SYSTEMS

BID #2007-24: MONITORING, ANNUAL TESTING &
MAINTENANCE OF SECURITY ALARM SYSTEMS

ATTACHED FIND ADDENDUM #1 FOR EACH OF THE ABOVE-
REFERENCED BIDS.

PLEASE REPLACE PAGES 1 & 2 OF THE FORM OF PROPOSAL WITH
ATTACHED ADDENDUMS.

THANK YOU.

White Plains City School District
5 Homeside Lane
White Plains, NY  10605

# F A X

TO: *Space Age Alarms*

DATE:   AUGUST 21, 2007
PHONE:  914 - 664 - 6152
FAX#:   914 - 664 - 6052

# OF PAGES INCLUDING COVER: 5

FROM:   MIKE LYNCH

PHONE:  914-422-2051
FAX #:  914-422-2297

BID #2007-23: MONITORING, ANNUAL TESTING &
MAINTENANCE OF FIRE ALARM SYSTEMS

BID #2007-24: MONITORING, ANNUAL TESTING &
MAINTENANCE OF SECURITY ALARM SYSTEMS

ATTACHED FIND ADDENDUM #1 FOR EACH OF THE ABOVE-
REFERENCED BIDS.

PLEASE REPLACE PAGES 1 & 2 OF THE FORM OF PROPOSAL WITH
ATTACHED ADDENDUMS.

THANK YOU.

## ADDENDUM #1

### FORM OF PROPOSAL

### BID #2007-23: MONITORING, ANNUAL TESTING & MAINTENANCE OF FIRE ALARM SYSTEMS

### CHURCH STREET SCHOOL, GEORGE WASHINGTON SCHOOL, MAMARONECK AVENUE SCHOOL, POST ROAD SCHOOL, RIDGEWAY SCHOOL, HIGHLANDS MIDDLE SCHOOL, EASTVIEW SCHOOL, WHITE PLAINS HIGH SCHOOL, DAMMANN HOUSE, ROCHAMBEAU SCHOOL and EDUCATION HOUSE

Pursuant to and in compliance with your advertisement for bids dated 2:00 P.M., Friday, August 24, 2007 the undersigned, having become familiar with the local conditions affecting the cost of work, the specifications, including advertisement for bids, instruction to bidders, form of agreement, the detailed specifications and addenda nos. ___, hereto, and having examined the site, hereby proposes to furnish all labor, materials, transportation and equipment necessary or required for the performance and completion in a workmanlike manner of all work in strict accordance with the contract documents and drawings and with all addenda for the sum of:

|  | ANNUAL |
|---|---|
| Monitor/Maintenance of fire alarm system as specified - Districtwide | $ _____ |
| 2 inspections per year - Districtwide | $ _____ |
| Change backup radio system from analog to digital per location | $ _____ |
| Change key pad per location | $ _____ |
| Change battery per system | $ _____ |

### AWARD TO BE MADE BY TOTAL

At the request of the School District, the contractor shall perform all additional work on a time and material basis at the rates established below. For the purpose of this contract and due to the nature of the facilities covered under the terms of this agreement "STRAIGHT TIME" will be considered MONDAY through FRIDAY, 8:00 A.M. through 4:30 P.M.  All work performed at any other times will be deemed "OVERTIME".

| Straight Time | $ _____ /Hr. |
|---|---|
| After 8 Hours or Saturday | $ _____ /Hr. |
| Sunday and Holidays | $ _____ /Hr. |
| Service Call Charge | $ _____ |

### NO SURCHARGES, I.E., FUEL WILL BE PERMITTED.

The undersigned further agree (agrees) that the certified check or bid bond accompanying this proposal be left in escrow with the Board of Education and that, if the undersigned default (defaults) in executing the agreement within ten days after written notice of the award of the contract, or in furnishing the required bond within said time, then the certified check or bid bond shall be forfeited to the Board of Education as liquidated damages; but if this proposal is not accepted within thirty (30) days, or if the undersigned execute (executes) and delivers said contract and bond, the check or bid bond shall be returned to the undersigned. Each bid must be accompanied by cash, certified check or bid bond in an amount of not less than five (5) percent of the amount of the bid, made payable to the Board of Education, White Plains, New York as a security that in case the contract is awarded to the bidder he will within five days after written notice of such award execute the contract and furnish security required for the performance thereof.

_____          _____
Dated                            Signed

                                 _____
                                 Print Name

                                 _____
                                 Title

                                 _____
                                 Company Name

                                 _____
                                 Address

_____          _____
Telephone                        Address

_____          _____
Fax                              Federal E.I. Number

This proposal is submitted by:

An individual doing business as _____

A partnership doing business under the firm name and style of _____

_____

A corporation incorporated under the laws of the State of New York doing business under the name of _____

**NOTE: Submit a list of Annual Holidays with your bid.**

**NOTE:**
   1) *An invoice for work completed will not be considered ready for payment unless accompanied by a valid certified payroll. All incomplete invoices will be returned unpaid. Certified payrolls must be submitted within 30 days of work.*
   2) *Invoices must clearly delineate labor and material, and not be lump sum bids.*

08/22/2007 14:25 9145546052 Document 1-2 Filed 08/27/2007 Page 26 of 27 PAGE 04
Case 7:07-cv-07606-CS SPACE AGE ALARMS INC NO.304 P004
9146646052

08/22/2007 13:08

# ADDENDUM #1

## FORM OF PROPOSAL

### BID #2007-24: MONITORING, ANNUAL TESTING & MAINTENANCE OF SECURITY ALARM SYSTEMS

CHURCH STREET SCHOOL, GEORGE WASHINGTON SCHOOL, MAMARONECK AVENUE SCHOOL, POST ROAD SCHOOL, RIDGEWAY SCHOOL, HIGHLANDS MIDDLE SCHOOL, EASTVIEW SCHOOL, WHITE PLAINS HIGH SCHOOL, DAMMANN HOUSE, ROCHAMBEAU SCHOOL and EDUCATION HOUSE

Pursuant to and in compliance with your advertisement for bids dated 2:00 P.M., Friday, August 24, 2007 the undersigned, having become familiar with the local conditions affecting the cost of work, the specifications, lincluding advertisement for bids, instruction to bidders, form of agreement, the detailed specifications and addenda nos. ___, hereto, and having examined the site, hereby proposes to furnish all labor, materials, transportation and equipment necessary or required for the performance and completion in a workmanlike manner of all work in strict accordance with the contract documents and drawings and with all addenda for the sum of:

Tie in burglar alarm communicator to digital radio backup system per location (shared with fire alarm) $ _____

Programming proximity readers – per card ................................................................. $ _____

Set up programming so proximity readers can be programmed remotely per location ............. $ _____

Monitor/Maintenance of burglar alarm system as specified - Districtwide ........................... $ _____

2 inspections per year - Districtwide.......................................................................... $ _____

Change backup radio system from analog to digital per location .................................... $ _____

Change key pad per location ................................................................................... $ _____

Change battery per system ..................................................................................... $ _____

## AWARD TO BE MADE BY TOTAL

At the request of the School District, the contractor shall perform all additional work on a time and material basis at the rates established below. For the purpose of this contract and due to the nature of the facilities covered under the terms of this agreement "STRAIGHT TIME" will be considered MONDAY through FRIDAY, 8:00 A.M. through 4:30 P.M. All work performed at any other times will be deemed "OVERTIME".

Straight Time .................................................. $ _____ /Hr.

After 8 Hours or Saturday ................................... $ _____ /Hr.

Sunday and Holidays.......................................... $ _____ /Hr.

Service Call Charge............................................ $ _____

NO _____GES, I.E., FUEL WILL BE PERMITTED.

The undersigned further agree (agrees) that the certified check or bid bond accompanying this proposal be left in escrow with the Board of Education and that, if the undersigned default (defaults) in executing the agreement within ten days after written notice of the award of the contract, or in furnishing the required bond within said time, then the certified check or bid bond shall be forfeited to the Board of Education as liquidated damages; but if this proposal is not accepted within thirty (30) days, or if the undersigned execute (executes) and delivers said contract and bond, the check or bid bond shall be returned to the undersigned.  Each bid must be accompanied by cash, certified check or bid bond in an amount of not less than five (5) percent of the amount of the bid, made payable to the Board of Education, White Plains, New York as a security that in case the contract is awarded to the bidder he will within five days after written notice of such award execute the contract and furnish security required for the performance thereof.

Dated _____          Signed _____

                                           Print Name _____

                                           Title _____

                                           Company Name _____

                                           Address _____

Telephone _____          Address _____

Fax _____          Federal E.I. Number _____

This proposal is submitted by:

An individual doing business as _____

A partnership doing business under the firm name and style of _____

A corporation incorporated under the laws of the State of New York doing business under the name of

_____

NOTE: Submit a list of Annual Holidays with your bid.

NOTE:
1) An invoice for work completed will not be considered ready for payment unless accompanied by a valid certified payroll.  All incomplete invoices will be returned unpaid.  Certified payrolls must be submitted within 30 days of work.)
2) Invoices must clearly delineate labor and material, and not be lump sum bids.