UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CIV. 7606**

Plaintiff: SPACE AGE ALARMS, INC.

-v-

Defendants: THE BOARD OF EDUCATION OF THE CITY OF WHITE PLAINS CITY SCHOOL DISTRICT, MICHAEL J. LYNCH AND ALARM SPECIALISTS, INC.

Case No.

**BRIEANT**

Rule 7.1 Statement

FILED 2007 AUG 27 P 1:57 S.D. OF N.Y. W.P. U.S. DISTRICT COURT

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _Plaintiff_ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: 8/27/07



Signature of Attorney

Attorney Bar Code: LWJr. 2473

Form Rule7_1.pdf