Wilson Jacobson, P.C.
The Inns of Court Building
99 Court Street
Suite 2
White Plains, New York 10601-4264
(914) 997-0825
FAX (914) 997-0830

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

SPACE AGE ALARMS, INC.,

          Plaintiff

  - against -

THE BOARD OF EDUCATION OF THE
WHITE PLAINS CITY SCHOOL DISTRICT,
MICHAEL J. LYNCH AND ALARM
SPECIALISTS, INC.

          Defendants
_____x



07 CIV. 7606

BRIEANT

File No.

ORDER TO SHOW CAUSE
FOR A PRELIMINARY
INJUNCTION AND TEMPORARY
RESTRAINING ORDER

The application for an order to show cause is denied.
SO ORDERED
[signature] 8/27/07 NY, NY
LAURA TAYLOR SWAIN
USDJ
PART I

TO: **THE BOARD OF EDUCATION OF THE WHITE PLAINS CITY SCHOOL DISTRICT, and MICHAEL J. LYNCH**



Upon the declaration of Leroy Wilson, Jr. Esq. made the 27th day of August 2007, and upon a copy of the verified complaint hereto annexed, it is hereby

**ORDERED** that the defendants and their attorneys show cause before a motion term of this Court, at Room _____ of the United States Courthouse, 300 Quarropas Street, in the City of White Plains, County of Westchester and State of New York on the _____ day of _____ 2007 at _____ o'clock in the

_____ noon thereof or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure preliminarily enjoining the defendants, their employees, agents, successors or anyone acting on their behalf during the pendency of this action from:

1. contracting with any bidders or permitting anyone to perform any work under any contracts that the Board might have let pursuant to Bid #2007-23 and Bid #2007-24 or any other bids relating to fire or security alarms services on Friday August 24,2007 or any future date;

2. refusing to turn over the access codes and related information that Space Age Alarms needs to complete its contract the termination of which the Board never approved; and it is further

**ORDERED**, that sufficient reason having been shown therefor, pending the hearing of the plaintiff's application for a preliminary injunction, pursuant to Fed. R. Civ. P. 65, the defendants, their employees, agents, successors and attorneys are hereby temporarily enjoined and restrained from:

1. contracting with any bidders or permitting anyone to perform any work under any contracts that the Board might have let pursuant to Bid #2007-23 and Bid #2007-24 or any other bids relating to fire or security alarms services on Friday August 24,2007 or any future date;

2

2. withholding the access codes from Plaintiff and from continuing to lock out the Plaintiff from the White Plains School District's fire alarm and security alarm systems or from otherwise giving the Plaintiff full access to the fire alarm and security alarm systems of the school district;

3. destroying, altering, secreting or otherwise tampering with any documents, including correspondence, email communications, in their possession, custody and control that relate to Bid # 2005-15[sic], #2007-16 and Bid #2007-23 or Bid #2007-24.

**ORDERED**, that Defendants shall produce at the offices of Wilson Jacobson, P.C. on or before 5:00 P.M. on Tuesday, September 5, 2007 all documents, including any correspondence, email communications, Board minutes, policy statements, and procedures for letting contracts, in their possession, custody and control containing communications concerning Bid # 2005-15[sic], #2007-16 and Bid #2007-23 or Bid #2007-24; and it is further

**ORDERED**, that security in the amount of $_____ be posted by the Plaintiffs prior to _____, 2007 at ___ o'clock in the ___ noon of that day; and it is further

**ORDERED**, that personal service of a copy of this order, and the Declaration of Leroy Wilson, Jr. upon Defendants or their counsel on or before ___ o'clock in the ___ noon _____, 2007 shall be deemed good and sufficient thereof.

ISSUED:

Dated:   White Plains, New York     SO ORDERED
         August ___, 2007

                                    _____
                                    United States District Judge