UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SPACE AGE ALARMS, INC.,

                     Plaintiff,

– against –

THE BOARD OF EDUCATION OF THE WHITE
PLAINS CITY SCHOOL DISTRICT, MICHAEL J.
LYNCH AND ALARM SPECIALISTS, INC.

                     Defendant.

Case No.:

07-CV-7606 (CLB)(MDF)

**STIPULATION** & ORDER

---

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the Defendants THE BOARD OF EDUCATION OF THE WHITE PLAINS CITY SCHOOL DISTRICT and MICHAEL J. LYNCH, that said Defendants shall answer or otherwise move in response to Plaintiff's Verified Complaint on or before October 26, 2007. The parties agree that this Stipulation shall be served via facsimile and facsimile copy signatures of counsel are sufficient to enforce this Stipulation. Defendants shall file this Stipulation with the Court for approval.

Dated: Hauppauge, New York
       September 26, 2007

By: _____
Michael G. McAlvin (MM6704)
Ingerman Smith, L.L.P.
Attorneys for Defendants
WHITE PLAINS CITY
SCHOOL DISTRICT and
MICHAEL LYNCH
150 Motor Parkway, Suite 400
Hauppauge, NY 11788
(631) 261-8834

Dated: White Plains, New York
       September 26, 2007

By: _____
Leroy Wilson, Jr. (LW2473)
Wilson Jacobson, P.C.
Attorneys for Plaintiff
SPACE AGE ALARMS, INC.
The Inns of Court Building
99 Court Street, Suite 2
White Plains, New York 10601
(914) 997-0825

SO ORDERED: _Charles Brieant_
                           USDJ
             10/2/07

| | | |
|---|---|---|
| DANIEL GREENBERG<br>JOHN H. GROSS<br>WARREN H. RICHMOND, III<br>JONATHAN HEIDELBERGER<br>LAWRENCE W. REICH<br>ANNA M. SCRICCA<br>CHRISTOPHER VENATOR<br>NEIL M. BLOCK<br>MARY ANNE SADOWSKI<br>GUS MOUNTANOS<br>CHRISTOPHER M. POWERS<br>SUSAN M. GIBSON<br>CHRISTOPHER J. CLAYTON<br>RALPH C. DEMARCO<br><br>PERCY INGERMAN<br>(1936-1994)<br>BERNARD C. SMITH<br>(1949-1993) | LAW OFFICES<br>**INGERMAN SMITH, L.L.P.**<br>150 MOTOR PARKWAY, SUITE 400<br>HAUPPAUGE, NEW YORK 11788<br>(631) 261-8834<br><br>550 MAMARONECK AVENUE, SUITE 209<br>HARRISON, NEW YORK 10528<br>(914) 777-1134 | AMANDA J. REGISTER*<br>FRANCES A. RADMAN<br>SUSAN E. FINE<br>JULIE A. TORREY<br>CARRIE ANNE IONDO**<br>ANTONIA I. HAMBLIN**<br>EMILY J. LUCAS***<br>MICHAEL G. MCALVIN***<br>ALLA BRODSKY***<br>CHRISTOPHER G. KIRBY<br>JOSEPH E. MADSEN<br>NOAH WALKER<br>KATHRYN C. TONDEL***<br>FLOYD T. EWING, III<br>CAROLYN J. PRZYBYLO<br>LESLIE J. MORSILLO<br><br>PETER D. JOHNSON<br>BOB G. GOLDBERG<br>Of Counsel<br><br>*Also admitted in CA<br>**Also admitted in CT<br>***Also admitted in NJ |

*-via facsimile transmission-*

September 26, 2007

Honorable Charles L. Brieant
U.S. District Court Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: Space Age Alarms, Inc. v. The Bd. of Educ. of the White Plains City School District, et al
Index No.: 07-CV-7606 (CLB)(MDF)

Dear Judge Brieant:

This firm represents the White Plains City School District (hereinafter "School District") and Michael Lynch in the above-referenced matter. Please allow this letter to act as a request by the School District and Mr. Lynch for additional time to submit responsive papers to the Verified Complaint. The School District was served on September 18, 2007. Thus responsive pleadings would be due on or before October 8, 2007. Plaintiff's counsel has told me that Mr. Lynch was served on September 18, 2007. Thus far, I have not been able to confirm the manner of service on Mr. Lynch.

The School District and Mr. Lynch are requesting until October 26, 2007, to file responsive papers. Plaintiff has consented to this request. See Stipulation annexed hereto. There have been no other requests for adjournments.

I do wish to highlight that an initial conference is scheduled for October 5, 2007.

Respectfully submitted,

MICHAEL G. McALVIN
Encl.
cc: Leroy Wilson, Jr., Esq. (via facsimile transmission)