# UNITED STATES DISTRICT COURT

DISTRICT OF

Southern _____ New York _____

SPACE AGE ALARMS, INC.,

    -against-    Plaintiff

THE BOARD OF EDUCATION OF THE
WHITE PLAINS CITY SCHOOL DISTRICT,
MICHAEL J. LYNCH and ALARM
SPECIALISTS, INC.,

    Defendants.

**APPEARANCE**

Case Number: 07 Civ. 7606(CLB) (MDF)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for defendants The Board of Education of the White Plains City School District and Michael J. Lynch

    I certify that I am admitted to practice in this court.

October 5, 2007
Date

Signature

Michael G. McAlvin      MM6074
Print Name      Bar Number

150 Motor Parkway, Suite 400
Address

Hauppauge, NY 11788
City    State    Zip Code

(631) 261-8834      (631) 261-0523
Phone Number      Fax Number

mmcalvin@ingermansmith.com
e-mail