UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

INDEX# 07 CV 7606 (CLB)
ECF CASE (MDF)

———————————————————————————X

SPACE AGE ALARMS, INC.,                    PLAINTIFF

AGANIST

THE BOARD OF EDUCATION OF THE WHITE PLAINS
CITY SCHOOL DISTRICT, MICHAEL J. LYNCH and ALARM
SPECIALISTS, INC,                          DEFENDANT

———————————————————————————X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF WESTCHESTER: ss.: Bradley Kasten, being duly sworn, says:

Deponent is not a party herein, is over 18 years of age with a principal place of business in State of New York.

**On September 18, 2007 at 9:55 A.M. at 5 Homeside Lane White Plains, New York 10605** deponent served the within, **Summons, Civil Cover Sheet, Rule 7.1 Statement, Verified Complaint, 3rd Amended Instructions for Filing an Electronic case on Appeal** upon **Board of Education of the White Plains City School District,** Defendant

| | |
|---|---|
| Individual ( ) | by delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient therein. |
| Corporation (X) | a **Municipal** corporation, by delivering thereat a true copy of each to **Yvonne Harrison, Secretary to The Superintendent** personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be Authorized to Accept thereof. |
| Suitable Age Person ( ) | by delivering thereat a true copy of each to   a person of suitable age and discretion. Said premises is recipient's __actual place of business __dwelling place. |
| Affixing to Door Etc. ( ) | by affixing a true copy of each to the door of said premises, which is recipient's __actual place of business __dwelling place within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there on |

Description

| | | | | | |
|---|---|---|---|---|---|
| _Male | **X** White Skin | __Black Hair | __White Hair | __14-20 Yrs. | __Under 5' | __Under 100 Lbs. |
| **X** Female | __Black Skin | __Brown Hair | __Balding | __21-35 Yrs. | __5'0"-5'3" | __100-130 Lbs. |
| | __Yellow Skin | __Blonde Hair | __Mustache | **X** 36-50 Yrs. | **X** 5'4"-5'8" | __131-160 Lbs. |
| | __Brown Skin | __Gray Hair | __Beard | __51-65 Yrs. | __5'9"-6'0" | **X** 161-200 Lbs. |
| | __Red Skin | **X** Red Hair | **X** Glasses | __Over65Yrs | __Over 6' | __Over 200 lbs. |

Other identifying features:

| | |
|---|---|
| Military Service ( ) | I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no Military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief, I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes, nor dependent upon anyone in the active military service of the United States or of the State of New York. |

Sworn to before me this
4th Day of October 2007

**BRADLEY KASTEN 1086552**

ANGELO MARTINO
NOTARY PUBLIC, STATE OF NEW YORK
No. 4875661
QUALIFIED IN WESTCHESTER COUNTY
COMMISSION EXPIRES MAY 18, 2011

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern        District of        New York

SPACE AGE ALARMS, INC.,

**SUMMONS IN A CIVIL ACTION**

V.

THE BOARD OF EDUCATION OF THE WHITE PLAINS CITY SCHOOL DISTRICT, MICHAEL J. LYNCH AND ALARM SPECIALISTS, INC

CASE NUMBER:

07 CIV. 7606 (CLB)
(MDF)
ECF CASE
BRIEANT

TO: (Name and address of Defendant)

THE BOARD OF EDUCATION OF THE WHITE PLAINS CITY SCHOOL DISTRICT, MICHAEL J. LYNCH, both at 5 Homeside Lane, White Plains, NY 10605
AND ALARM SPECIALISTS, INC., 333 Old Tarrytown Rd
White Plains, NY, 10603-2811

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Wilson Jacobson, P.C.
The Inns of Court Building
99 Court Street
Suite 2
White Plains, New York 10601-4264
(914) 997-0825

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE    AUG 2 7 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                           *Signature of Server*

                                  _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.