UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SPACE AGE ALARMS, INC.,

                    Plaintiff,

– against –

THE BOARD OF EDUCATION OF THE WHITE PLAINS CITY SCHOOL DISTRICT, MICHAEL J. LYNCH AND ALARM SPECIALISTS, INC.

                    Defendant.

Case No.:

07-CV-7606 (CLB)(MDF)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK   )
                          ) ss.:
COUNTY OF SUFFOLK )

      KATHLEEN PALLADINO, being duly sworn, deposes and says:

    I am not a party to the action, am over 18 years of age and reside at Northport, New York. On May 9, 2006, I served the within Notice of Motion to Dismiss and Memorandum of Law in Support of Defendant's Motion to Dismiss by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after each name below.

      Leroy Wilson, Jr., Esq.
      Wilson Jacobson, P.C.
      Attorneys for Plaintiff
      SPACE AGE ALARMS, INC.
      The Inns of Court Building
      99 Court Street, Suite 2
      White Plains, New York 10601

      Hugh G. Jasne, Esq.
      Jasne & Florio, L.L.P.
      Attorneys for Defendant
      ALARM SPECIALISTS, INC.
      525 North Broadway
      White Plains, New York 10603

                                            _____
                                            Kathleen Palladino

Sworn to before me this
26th day of October 2007.

_____
Notary Public

MARILYN J. PERULLO
Notary Public, State of New York
No. 01PE6058470
Qualified in Suffolk County
Commission Expires May 14, 20__