UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPACE AGE ALARMS, INC.,

Plaintiff,

– against –

THE BOARD OF EDUCATION OF THE WHITE
PLAINS CITY SCHOOL DISTRICT, MICHAEL J.
LYNCH AND ALARM SPECIALISTS, INC.

Defendant.

Case No.:

07-CV-7606 (CLB)(MDF)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                     ) ss.:
COUNTY OF SUFFOLK  )

KATHLEEN PALLADINO, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside at Northport, New York. On October 29, 2007 I served the within Verified Answer and Affirmative Defenses enclosed in a post-paid wrapper, in an official depository under exclusive care and custody of the U. S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Leroy Wilson, Jr., Esq.
Wilson Jacobson, P.C.
Attorneys for Plaintiff
SPACE AGE ALARMS, INC.
The Inns of Court Building
99 Court Street, Suite 2
White Plains, New York 10601

Hugh G. Jasne, Esq.
Jasne & Florio, L.L.P.
Attorneys for Defendant
ALARM SPECIALISTS, INC.
525 North Broadway
White Plains, New York 10603

Kathleen Palladino

Sworn to before me this
29th day of October 2007.

Notary Public

THEODORA C. ALBA
Notary Public, State of New York
No. 01AL4630746
Qualified in Suffolk County
Commission Expires June 30, 2010