UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SPACE AGE ALARMS, INC.,

                  Plaintiff,

    – against –

THE BOARD OF EDUCATION OF THE WHITE PLAINS CITY SCHOOL DISTRICT, MICHAEL J. LYNCH AND ALARM SPECIALISTS, INC.

                  Defendant.

Case No.:

07-CV-7606 (CLB)(MDF)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK  )
                        ) ss.:
COUNTY OF SUFFOLK  )

    KATHLEEN PALLADINO, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside at Northport, New York. On December 7, 2007 I served the within **Reply Memorandum of Law** enclosed in a post-paid Express Mail wrapper, in an official depository under exclusive care and custody of the U. S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

    Leroy Wilson, Jr., Esq.
    Wilson Jacobson, P.C.
    Attorneys for Plaintiff
    SPACE AGE ALARMS, INC.
    The Inns of Court Building
    99 Court Street, Suite 2
    White Plains, New York 10601

    Hugh G. Jasne, Esq.
    Jasne & Florio, L.L.P.
    Attorneys for Defendant
    ALARM SPECIALISTS, INC.
    525 North Broadway
    White Plains, New York 10603

                                              _____
                                                  Kathleen Palladino

Sworn to before me this
7th day of December, 2007

_____
Notary Public

ANTONIA LEAH HAMBLIN
Notary Public, State of New York
No. 02HA6108971
Qualified in Suffolk County
Commission Expires April 26, 20__