**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - -X
Space Age Alarms, Inc.,

                  07 CIVIL 7606 (CLB)(MDF)

          Plaintiff,        JUDGMENT

    -against-

The Board of Education of the
White Plains City School District,
Michael J. Lynch and Alarm Specialists,
Inc.,



         Defendants.
- - - - - - - - - - - - - - - - - - - -X

    Defendants having moved to dismiss and the said motion having come before the Honorable Charles L. Brieant, United States District Judge and the Court thereafter on March 11, 2008, having handed down its Memorandum and Order, granting defendants' motion (#15) to dismiss and the Breach of Contract claims are dismissed for failure to file a timely Notice of Claim.  The Constitutional and Federal statutory claims are dismissed for failure to state a claim.  The claims arising under New York Law are dismissed without prejudice because the Court declines to exercise supplemental jurisdiction of those claims, following dismissal of the Federal claims.  The Clerk shall file a final judgment, and shall terminate all motions pending as of March 11, 2008 as moot and close the case, it is,

        **ORDERED, ADJUDGED AND DECREED:** That the complaint be and it is hereby dismissed as to all defendants.


DATED: White Plains, N.Y.
      March 13, 2008

                                        J. Michael McMahon
                                             Clerk

i:/judgment/spaceage.606

                                       E.O.D.