*Fee paid*
*$455⁰⁰ E 641974*

# UNITED STATES DISTRICT COURT
## for the
### SOUTHERN DISTRICT OF NEW YORK

*[stamp: S.D. OF N.Y. W.P.  2008 APR -9 P 2:00  FILED U.S. DISTRICT COURT]*

| | |
|---|---|
| SPACE AGE ALARMS, INC., | ) |
| | ) |
| Plaintiff(s) | ) |
| | ) |
| v. | ) |
| | ) Case No. 07 CV 7606(CLB)(MDF) |
| THE BOARD OF EDUCATION OF THE | ) ECF Case |
| WHITE PLAINS CITY SCHOOL | ) |
| DISTRICT , MICHAEL J. LYNCH AND | ) |
| ALARM SPECIALISTS, INC. | ) |

Defendant(s)

### NOTICE OF APPEAL IN A CIVIL CASE

Notice is hereby given that **SPACE AGE ALARMS, INC.**, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment dismissing the complaint entered in this action on March 13, 2008.

Date:  April 9, 2008

Wilson Jacobson, P.C.

By _____
Leroy Wilson, Jr. (LWJr 2473)
Attorney for Plaintiff
The Inns of Court Building
99 Court Street, Suite 2
White Plains, New York 10601-4264
leroywilsonjr@att.net
(914) 997- 0825

TO:

Michael G. McAlvin, Esq.
Ingerman Smith, LLP
Attorneys for Defendants Lynch and
School District
150 Motor Parkway
Suite 400
Hauppauge, New York 11788
1-631-261-8834

Hugh G. Jasne, Esq.
Jasne & Florio, L.L.P.
Attorneys for Defendant Alarm Specialists,
Inc.
525 North Broadway
White Plains, NY 10603
1-914-997-1212

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - X

Space Age Alarms, Inc.,

                                           **07 CIVIL 7606 (CLB)(MDF)**

                   Plaintiff,           **JUDGMENT**

              -against-

The Board of Education of the
White Plains City School District,
Michael J. Lynch and Alarm Specialists,
Inc.,

                   Defendants.

- - - - - - - - - - - - - - - - - - - - - - X

     Defendants having moved to dismiss and the said motion having come before

the Honorable Charles L. Brieant, United States District Judge and the

Court thereafter on March 11, 2008, having handed down its Memorandum and Order,

granting defendants' motion (#15) to dismiss and the Breach of Contract claims

are dismissed for failure to file a timely Notice of Claim.  The Constitutional

and Federal statutory claims are dismissed for failure to state a claim.  The

claims arising under New York Law are dismissed without prejudice because the

Court declines to exercise supplemental jurisdiction of those claims, following

dismissal of the Federal claims.  The Clerk shall file a final judgment, and

shall terminate all motions pending as of March 11, 2008 as moot and close the

case, it is,

     **ORDERED, ADJUDGED AND DECREED**: That the complaint be and

it is hereby dismissed as to all defendants.


DATED: White Plains, N.Y.
       March 13, 2008

                                    *J. Michael McMahon*
                                         Clerk

i:/judgment/spaceage.606

                       *E.O.D.*