**WILSON JACOBSON, P.C.**
ATTORNEYS AT LAW

THE INNS OF COURT BUILDING
99 COURT STREET, SUITE 2
WHITE PLAINS, NEW YORK 10601-4264
(914) 997-0825
Fax: (914) 997-0830
Email: leroywilsonjr@nysbar.com
rjacobson@nysbar.com

LEROY WILSON, JR.
ATTORNEY AT LAW

RONI L. JACOBSON
ATTORNEY AT LAW*
*Member NY CT and DC Bars

**BY FACSIMILE TO (914) 390-4085**

June 26, 2008

Hon. Charles L. Brieant
District Judge
United States Courthouse
Southern District of New York
300 Quarropas Street, Room 275
White Plains, New York 10601

*Ref. – Rule 60(b)(6) Motion - Space Age Alarms, Inc. v. Board of Education of the White Plains City School District Michael J. Lynch and Alarm Specialists, Inc. : 07 CV-7606 (CLB)(MDF) 2d Circuit Docket # 08 – 1763-cv*

Dear Judge Bricant:

We represented the plaintiff-appellant in this matter before the trial Court.

In light of the enclosed faxed copy of the Stipulation and Order, I will not need the document that I requested from you yesterday.

Thank you.

Respectfully yours,

Leroy Wilson, Jr., Esq.
President

LWJr/rj

cc: Simultaneously faxed to:

Michael G. McAlvin, Esq.
Ingerman Smith, LLP
Counsel for Defendants School Board and Lynch
**FAX # 631-261-0523**

Hugh G. Jasne, Esq.
Jasne & Florio, L.L.P.
Counsel for Defendant Alarm Specialists
**FAX # 914-682-8692**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---

SPACE AGE ALARMS v. BD ED W.P.  No. 08-1763-cv

---

### STIPULATION FOR REMAND

Whereas the District Court has indicated, in accordance with Second Circuit procedure (Toliver v. County of Sullivan, 957 F. 2d 47, 2d Cir. 1991), its willingness to vacate the judgment and to grant leave to plaintiff to amend its complaint, if this case is remanded to him, WHEREFORE,

IT IS HEREBY STIPULATED AND AGREED by the parties through their undersigned counsel that the above case is hereby remanded to the District Court for that purpose. By joining in this stipulation, in order to expedite the matter, defendants' - appellees do not waive any objections they might have to the granting of leave to amend plaintiff's complaint.

WILSON JACOBSON, P.C.
By: _____
Leroy Wilson, Jr., Esq.
99 Court Street, Suite 2
White Plains, New York
10601-4264
(914) 997-0825   797-0830
Attorney for Appellant

INGERMAN SMITH, LLP
By: _____
MICHAEL G. MCALVIN, ESQ.
150 Motor Highway, Suite 400
Hauppauge, New York 11788
Attorney For Appellees
School District and Lynch
(631)-261-8834
(631) 856-7497
SO ORDERED:
FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

June 26, 2008

JASNE & FLORIO, L.L.P.
By: _____
Hugh G. Jasne, Esq.
30 Glenn Street, Suite 103
White Plains, NY 10603
Attorney For Appellee
Alarm Systems, Inc.
(914) 997-1212