# MANDATE

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT



SPACE AGE ALARMS v. BD ED W.P       No. 08-1763-cv

## STIPULATION FOR REMAND

Whereas the District Court has indicated, in accordance with Second Circuit procedure (Toliver v. County of Sullivan, 957 F. 2d 47, 2d Cir. 1991), its willingness to vacate the judgment and to grant leave to plaintiff to amend its complaint, if this case is remanded to him, WHEREFORE,

IT IS HEREBY STIPULATED AND AGREED by the parties through their undersigned counsel that the above case is hereby remanded to the District Court for that purpose. By joining in this stipulation, in order to expedite the matter, defendants' - appellees do not waive any objections they might have to the granting of leave to amend plaintiff's complaint.

WILSON JACOBSON, P.C.

By: _____
Leroy Wilson, Jr., Esq.
99 Court Street, Suite 2
White Plains, New York
10601-4264
(914) 997-0825    797-0830
Attorney for Appellant

INGERMAN SMITH, LLP

By: _____
MICHAEL G. MCALVIN, ESQ.
150 Motor Highway, Suite 400
Hauppauge, New York 11788
Attorney For Appellees
School District and Lynch
(631)-261-8834
(631) 656-7497
SO ORDERED:

JASNE & FLORIO, L.L.P.

By: _____
Hugh G. Jasne, Esq.
30 Glenn Street, Suite 103
White Plains, NY 10603
Attorney For Appellee
Alarm Systems, Inc.
(914) 997-1212

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

June 26, 2008

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK