# WILSON JACOBSON, P.C.
ATTORNEYS AT LAW

THE INNS OF COURT BUILDING
99 COURT STREET, SUITE 2
WHITE PLAINS, NEW YORK 10601-4264
(914) 997-0825
Fax: (914) 997-0830
Email: leroywilsonjr@nysbar.com
rjacobson@nysbar.com

LEROY WILSON, JR.
ATTORNEY AT LAW

RONI L. JACOBSON
ATTORNEY AT LAW*
*Member NY, CT and DC Bars

### BY FACSIMILE TO (914) 390-4085

July 2, 2008

**URGENT**
Hon. Charles L. Brieant
District Judge
United States Courthouse
Southern District of New York
300 Quarropas Street, Room 275
White Plains, New York 10601

**MEMO ENDORSED**

*Counsel must file Rule 60(b) motion by July 31, 2008*
*So Ordered*
*Charles L. Brieant* *USDJ*
*7/2/08*

*Ref. – Rule 60(b)(6) Motion - Space Age Alarms, Inc. v. Board of Education of the White Plains City School District Michael J. Lynch and Alarm Specialists, Inc. : 07 CV-7606 (CLB)(MDF)* ~~2d Circuit Docket # 08 – 1763-cv~~

Dear Judge Brieant:

We represented the plaintiff-appellant in this matter before the trial Court. Unfortunately, I need an immediate response to the question posed as I am scheduled to be out of town beginning tomorrow and returning on July 8.

The question, followed by the reasons for the question is as follows. In order to clarify the deadline, would you kindly extend the date to July 25, 2008 to give us a date certain?

The attorneys for the defendants consent to this request.

This letter seeks clarification of the date by which we are to file our Rule 60(b) motion.

I enclose a copy of the Memo endorsed Order that Judge McMahon signed on June 12, 2008 on your behalf, was entered on June 13, 2008. We did not receive ECF notification until June 27, 2008.

If our 15 business days ran from June 13 (when we did not know about the order), then our time expires tomorrow, July 3.

If our 15 business days ran from June 27 (when we received ECF notification), then our time runs on July 21, 2008. Rule 3 of the Procedures for Electronic Case filing seems to indicate that the June 27 date would control.

The clerk did not know the answer, hence this letter.

Thank you.

Respectfully yours,

Leroy Wilson, Jr., Esq.
President

LWJr/rj

cc:   Simultaneously faxed to:

Michael G. McAlvin, Esq.         Hugh G. Jasne, Esq.
Ingerman Smith, LLP              Jasne & Florio, L.L.P.
Counsel for Defendants School Board and   Counsel for Defendant Alarm Specialists
Lynch                            **FAX # 914-682-8692**
**FAX # 631-261-0523**

2

Jul. 2. 2008 1:04PM    Weber Jacobson P.C.                           No. 9721   P. 2/2
Case 7:07-cv-07606-CS    Document 36    Filed 07/02/2008    Page 3 of 3
Case 7:07-cv-07606-CLB   Document 32    Filed 06/13/2008    Page 5 of 5



MEMO ENDORSEMENT

# SPACE AGE ALARMS, INC. V BOARD OF EDUCATION OF THE WHITE PLAINS CENTRAL SCHOOL DISTRICT

7 CV 7606
~~08 Civ. 1763~~ (CLB)

The attached letter submitted by Leroy Wilson, Jr., Esq. and addressed to this Court, seeks leave to file a motion under Rule 60(b), and requests an indication from this Court that such a motion, if filed, would be granted, thereby returning jurisdiction to this Court from the Second Circuit Court of Appeals.

Leave is hereby granted for Counsel to serve and file its Rule 60(b) motion within fifteen (15) business days.

So Ordered.

Dated: June 10, 2008
White Plains, NY

_Charles L. Brieant, USDJ_

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:
```