UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPACE AGE ALARMS, INC.,

                    Plaintiff,

- against -

THE BOARD OF EDUCATION OF THE WHITE PLAINS CITY SCHOOL DISTRICT, MICHAEL J. LYNCH AND ALARM SPECIALISTS, INC.

                    Defendant.

Case No.:

07-CV-7606 (CLB)(MDF)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                    ) ss.:
COUNTY OF SUFFOLK )

      KATHLEEN PALLADINO, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside at Northport, New York. On July 25, 2008 I served the within **Memorandum of Law in Opposition to Plaintiff's Rule 60 Motion and Affirmation of Michael G. McAlvin in Opposition to Plaintiff's Rule 60 Motion** enclosed in a post-paid wrapper, in an official depository under exclusive care and custody of the U. S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

                    SEE LIST ATTACHED.

                                        _____
                                        Kathleen Palladino

Sworn to before me this
25th day of July 2008.

_____
Notary Public

        THEODORA C. ALBA
   Notary Public, State of New York
        No. 01AL4630746
    Qualified in Suffolk County
  Commission Expires June 30, 2010

Leroy Wilson, Jr., Esq.
Wilson Jacobson, P.C.
Attorneys for Plaintiff
SPACE AGE ALARMS, INC.
The Inns of Court Building
99 Court Street, Suite 2
White Plains, New York 10601

Hugh G. Jasne, Esq.
Jasne & Florio, L.L.P.
Attorneys for Defendant
ALARM SPECIALISTS, INC.
525 North Broadway
White Plains, New York 10603